Gerald M. Murphy (SBN 99994)
Bryan S. Silverman (SBN 295091)
LUBIN OLSON & NIEWIADOMSKI LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, California 94111
Telephone:    (415) 981-0550
Facsimile:    (415) 981-4343
gmurphy@lubinolson.com
bsilverman@lubinolson.com

Attorneys for DAMON BOWERS,
LISA BOWERS, and DB CAPITAL
INVESTMENTS, INC.

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 18-90090 - E - 7 |
| CLIFFORD LEE BARBERA, | Chapter 7 |
| Debtor. | Adv No. 18-09010 |
| | **UPDATED STATUS REPORT** |
| DAMON BOWERS, LISA BOWERS, and DB CAPITAL INVESTMENTS, INC. | Date:          February 16, 2023<br>Time:          2:00 PM<br>Location:     Courtroom 33, Department E<br>                   (Sacramento) |
| Plaintiffs, | The Hon. Ronald H. Sargis |
| v. | |
| CLIFFORD LEE BARBERA, | |
| Defendant. | |

          Claimants-Plaintiffs Damon Bowers, Lisa Bowers, and DB Capital Investments, Inc.

(collectively, "the Bowers") hereby submit this updated status report for the upcoming Status

Conference on February 16, 2023.  (Dckt. 55.) While counsel for the parties had been submitting

joint status reports, counsel for Clifford Lee Barbera was permitted to withdraw as counsel on July

11, 2021. (Dckt. 45.) Thus, the Bowers respectfully submit, on their own behalf, this report

regarding the status of the state court actions and the timing of further proceedings in this Court.

**A.      The Bowers' Adversary Complaint.**

On June 11, 2018, the Bowers filed an adversary Complaint for the determination of nondischargeability of certain debts of Debtor-Defendant Barbera pursuant to 11 U.S.C. §§ 523(a)(2) and (a)(6) ("Adversary Proceeding"). (Complaint, Dckt. 1.) The certain debts are the subject of two active California superior court actions: (i) *Bowers, et al. v. Priceless Kitchen & Bath Inc., et al*., Superior Court of the State of California County of Contra Costa Case No. C16-01652; and (ii) *Chekene et al. v. Bowers et al*., Superior Court of the State of California County of Contra Costa Case No. C17-02330.

**B.      The Court Lifts The Automatic Stay and Stays This Adversary Proceeding.**

On September 26, 2018, and April 4, 2019, this Court ordered the automatic stay lifted and this Adversary Proceeding stayed to allow the parties to complete the above state court actions to final judgment. (Order, Dckt. 18; Order, Dckt. 28.)

On February 6, 2020, this Court held a status conference. Counsel for the Bowers and Barbera appeared. The Court confirmed the stay of the Adversary Proceeding "pending conclusion of the state court actions, or as otherwise provided in further order of the court, to allow the parties to focus their time and resources on the substantive issues in those state court proceedings." (Civil Minutes, Dckt. 33.)

On February 11, 2020, this Court set a further status conference on August 6, 2020, for an update on the state court actions and requested an Updated Status Report in advance of the status conference. (Order, Dckt. 34.) On July 23, 2020, the parties submitted a joint status report (Status Report, Dckt. 35), and the Court continued the status conference to January 28, 2021. (Civil Minutes, Dckt. 36.)  On January 26, 2021, the parties submitted a joint status report (Status Report, Dckt. 37.) On January 28, 2021, counsel reported the status of the state court actions and this Court continued the status conference to August 19, 2021. (Civil Minutes, Dckt. 38.)

On July 8, 2021, this Court held a hearing on the Motion to Withdraw as Attorney filed by Diana J. Cavanaugh, counsel for Debtor Clifford Lee Barbera. (Minutes, Dckt. 44.) The Court granted the motion. (Order, Dckt. 45.) At the same hearing, the Court ordered that the status conference set for August 19, 2021, be continued to January 27, 2022. (Order, Dckt. 46.)

On January 26, 2022, the Court issued a tentative ruling which it later adopted as the order of the Court to continue the status conference to August 4, 2022. (Order, Dckt 50.) On August 4, 2022, the Court issued civil minutes to continue the status conference to February 16, 2023. (Civil Minutes, Dckt. 55.)

**C.**      **The Related Superior Court Actions Are Still Active and Pending Resolution.**

     **1.**      ***Bowers, et al. v. Priceless Kitchen & Bath Inc., et al.***

In *Bowers, et al. v. Priceless Kitchen & Bath Inc., et al*., the superior court held a case management conference on August 18, 2020. The Bowers' counsel and Barbera's local counsel appeared. The Bowers' counsel informed the Court about the Bowers' fraud claims against Barbera and Barbera's local counsel said Barbera would oppose any such fraud claims. The Bowers moved for and were granted leave to file an amended complaint.

On June 11, 2021, the Bowers filed a Second Amended Complaint for fraud, unlawful, unfair and fraudulent business practices, negligence, breach of contract, and breach of express and implied warranties.

Fact discovery closed on December 31, 2021.

On October 10, 2022, the Bowers filed a Conditional Notice of Settlement of Entire Case. The terms of the settlement agreement condition dismissal of this matter on the satisfactory completion of specified terms that remain to be performed.

     **2.**      ***Chekene et al. v. Bowers et al.***

In *Chekene et al. v. Bowers et al*., the Chekenes and DB Capital Investments, Inc. moved to arbitrate only their claims and did arbitrate their claims to a Final Award issued on February 27, 2020. The remainder of the superior court action, including claims against Barbera, was stayed pending resolution of the arbitration. A hearing on the Chekenes' Petition to Confirm the Arbitration Award was scheduled on April 17, 2020; however, due to COVID-19 and related federal, state, and local government orders and closures, the hearing was rescheduled to August 28, 2020. On August 28, 2020, the superior court held a hearing and confirmed the Final Award between the Chekenes and DB Capital Investments, Inc.

On September 28, 2020, DB Capital and Mr. Bowers filed a cross-complaint against

1  Barbera and Barbera's general contracting company, Priceless Kitchen & Bath, Inc. ("Priceless"),

2  among others, for fraud, breach of contract, professional negligence, breach of warranty, unlawful

3  and fraudulent business practices, indemnity, and declaratory relief.

4        On November 19, 2020, Barbera and Priceless answered the cross-complaint.

5        On December 15, 2021, the parties attended a mandatory settlement conference. The case

6  did not settle.

7        Per stipulation of the parties and order of the superior court, the trial date was recently

8  continued from October 21, 2022, to March 3, 2023.

9  **D.**    **The Bowers Respectfully Request This Court Continue The Status Conference For**

10      **Six Months To Allow the Parties to Focus on the State Court Actions.**

11        As the California superior court actions are still pending resolution and the representations

12  herein represent the entirety of the substantive update that counsel would be able to provide to the

13  Court at the upcoming hearing, the Bowers respectfully request that this Court continue the Status

14  Conference for six months to allow the California superior court actions to proceed to trial and for

15  the Bowers to focus on the substantive issues in those actions. The Bowers agree to submit an

16  updated report to this Court in advance of any further status conference.

17        Respectfully submitted,

18  Dated:  February 1, 2023          LUBIN OLSON & NIEWIADOMSKI LLP

19

20                   By:      */s/ Bryan S. Silverman*

21                         Bryan S. Silverman

22                         Attorneys for DAMON BOWERS, LISA BOWERS
                          and DB CAPITAL INVESTMENTS. INC.

23

24

25

26

27

28