# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Clifford Lee Barbera,<br>        Debtor. | Case No.: 18-90090 - E - 7<br>Adv No.: 18-09010<br>Docket Control No.: CAE-1<br>Document No.: 1 |
| Bowers et al.,<br>        Plaintiffs,<br>v.<br>Barbera<br>        Defendant. | Date: 02/16/2023<br>Time: 2:00 PM<br>Dept: E |

### Order

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Status Conference having been conducted by the court, and upon review of the pleadings, evidence, report of counsel for Plaintiff, and good cause appearing,

**IT IS ORDERED** that the Status Conference is continued to **2:00 p.m. on October 5, 2023**.

Dated: February 22, 2023

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

Continued Status Conference Re: Complaint - [1] - (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud),(68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 18-09010 by Damon Bowers, Lisa Bowers, DB Capital Investments, Inc. against Clifford Lee Barbera. (Fee $350.00) (eFilingID: 6297986) (msam)